**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JEFFREY RICHARDSON                                                                              PLAINTIFF

v.                              CASE NO. 3:11CV00017 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 5th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE